ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Gilbane Federal | ) ASBCA Nos. 62833, 62857, 62880 |
| | ) 62915, 62911, 62860 |
| | ) 62885, 62879, 62878 |
| | ) 62914, 62922, 62910 |
| | ) 62918, 62884, 62863 |
| | ) 62923, 62864, 62865 |
| | ) 62912, 62881 |
| | ) |
| | ) |
| Under Contract No. W912GB-14-C-0018 | ) |

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
                                   Sarah S. Osborne, Esq.
                                   Amy E. Garber, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Pietro O. Mistretta, Esq.
                                   Paul Cheverie, Esq.
                                   Megan J. Tooman, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Europe

                                   Samuel J. Harrison, Esq.
                                   Engineer Trial Attorney
                                     U.S. Army Engineer District, Middle East
                                     Winchester, VA

<u>ORDER OF DISMISSAL</u>

The parties having settled 20 of the claims at issue in these consolidated appeals, the following appeals are dismissed with prejudice:

ASBCA No. 62833 (Claim No. H-0054)
ASBCA No. 62857 (Claim No. H-0059)
ASBCA No. 62880 (Claim No. H-0093)
ASBCA No. 62915 (Claim No. H-0078)
ASBCA No. 62911 (Claim No. H-0067)
ASBCA No. 62860 (Claim No. H-0068)
ASBCA No. 62885 (Claim No. H-0103)
ASBCA No. 62879 (Claim No. H-0092)
ASBCA No. 62878 (Claim No. H-0090)
ASBCA No. 62914 (Claim No. H-0077)
ASBCA No. 62922 (Claim No. H-0087)
ASBCA No. 62910 (Claim No. H-0065)
ASBCA No. 62918 (Claim No. H-0081)
ASBCA No. 62884 (Claim No. H-0102)
ASBCA No. 62863 (Claim No. H-0071)
ASBCA No. 62923 (Claim No. H-0088)
ASBCA No. 62864 (Claim No. H-0072)
ASBCA No. 62865 (Claim No. H-0073)
ASBCA No. 62912 (Claim No. H-0075)
ASBCA No. 62881 (Claim No. H-0094)

Dated:  March 27, 2024

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

2

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62833, 62857, 62880, 62915, 62911, 62860, 62885, 62879, 62878, 62914, 62922, 62910, 62918, 62884, 62863, 62923, 62864, 62865, 62912, 62881, Appeal of Gilbane Federal, rendered in conformance with the Board's Charter.

Dated: March 28, 2024

_for_ Tammye D. Allen

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals